UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>            Plaintiff,<br><br>v.<br><br>SANYO ELECTRIC CO., LTD., SANYO<br>NORTH AMERICA CORPORATION<br>            Defendants | Civil Action No. 08cv3608<br><br>Judge Conlon<br><br>Magistrate Judge Nolan |

**PAPST LICENSING GMBH & CO. KG RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), by its undersigned counsel, hereby submits the following Corporate Disclosure Statement.

*Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure*:

Papst Licensing does not have a parent corporation.

There are no publicly held corporations that own 10% or more of Papst Licensing.

*Pursuant to Local Rule 3.2 of the United States District Court For The Northern District of Illinois:*

Papst Licensing has no affiliates as that term is defined in Local Rule 3.2.

June 27, 2008                                         Respectfully submitted,

                                                      /s/ Jerold B. Schnayer
                                                      Jerold B. Schnayer (2495538)
                                                      James P. White (3001032)
                                                      WELSH & KATZ, LTD.
                                                      120 South Riverside Plaza, 22nd Floor
                                                      Chicago, Illinois  60606
                                                       (312) 655-1500

                                                      Counsel for PAPST LICENSING GmbH &
                                                      Co. KG