IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAPST LICENSING GmbH & Co. KG | ) | |
| | ) | Civil Action No. 08 CV 3608 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION | ) ) | Honorable Suzanne B. Conlon |
| | ) | Mag. Judge Nan Nolan |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, July 17, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Papst Licensing GmbH & Co. KG , by its counsel, will present its CONSENT MOTION FOR AN EXTENSION OF TIME FOR SANYO NORTH AMERICA CORPORATION TO RESPOND TO COMPLAINT before the Honorable Suzanne B. Conlon in Courtroom 1743 in the United States District Courthouse, 219 South Dearborn, Chicago, Illinois.

DATED: July 14, 2008

　　　/s/ Joseph E. Cwik　　　
Jerold B. Schnayer, Esq.
James P. White, Esq.
John L. Ambrogi, Esq.
Joseph E. Cwik, Esq.
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Telephone:  312-655-1500

Attorneys for Papst Licensing GmbH & Co. KG

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed on July 14, 2008 with the Clerk of Court using CM/ECF system and served upon all parties of record.  Additionally, a courtesy copy of the foregoing was served by U.S. and electronic mail upon:

          Timothy J. Vezeau
          Katten Muchin Rosenman LLP
          525 W. Monroe St.
          Chicago, IL  60661
          timothy.vezeau@kattenlaw.com

          __/s/ Joseph E. Cwik_____