UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>      Plaintiff,<br><br>  v.<br><br>SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA,<br>      Defendants. | Civil Action No. 08cv3608 |

## NOTICE OF CONDITIONAL TRANSFER ORDER

  Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), hereby notifies this Court that on July 22, 2008, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued a *conditional* transfer order (copy attached hereto as Exhibit A), which specifically relates to this action.

  On November 5, 2007, the MDL Panel transferred four civil actions (involving the same patents that are involved in this action) to the United States District Court for the District of Columbia for coordinated or consolidated retrial proceedings pursuant to 28 U.S.C. § 1407. All such actions have been assigned to the Honorable Rosemary M. Collyer.

  The MDL Panel issued the conditional transfer order as a result of a Notice of Potential Tag-Along Action, which was filed on June 30, 2008 by Papst Licensing GmbH & Co. KG (a current party to the MDL pending in the District of Columbia) with the Judicial Panel on Multidistrict Litigation (copy attached hereto as Exhibit B). In connection with the July 22, 2008 conditional transfer order, the MDL Panel set August 6, 2008 as the deadline for the filing of any opposition to the transfer of this action to the consolidated MDL action.

If no opposition is filed, pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, then this action will be transferred under 28 U.S.C. § 1407 to the District of Columbia for consolidation with the pending MDL proceedings before Judge Darrah.

Dated:  July 29, 2008

/s/ John L. Ambrogi
James P. White
Jerold B. Schnayer
John L. Ambrogi
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Telephone:  (312) 655-1500

*Attorneys for Papst Licensing GmbH & Co. KG*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing NOTICE OF CONDITIONAL TRANSFER ORDER was served on this the 29th day of July, 2008 upon the following as indicated:

*For The Casio Parties* (via e-mail)*:*
Laura Krawczyk
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6000
Fax: (212) 309-6001
lkrawczyk@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
jkfee@morganlewis.com

Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
stimpsonlaw@gmail.com

*For The Samsung Parties* (via e-mail)*:*
Patrick J. Kelleher
Drinker Biddle Gardner Carton
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Phone: (312) 569-1375
Fax: (312) 569-3375
Patrick.kelleher@dbr.com

*Camera Manufacturers' Administrative Counsel and*
*For The Fujifilm Parties* (via e-mail)*:*
Steven J. Routh
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone: (202) 637-5600

Fax: (202) 637-5910
sjrouth@hhlaw.com

Sten Jensen
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone: (202) 637-6465
Fax: (202) 637-5910
sajensen@hhlaw.com

*For the Olympus Parties* (via e-mail)*:*
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

*For The Matsushita and Victory Company of Japan Parties* (via e-mail):
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Adam K. Levin, Esq.
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
aklevin@hhlaw.com

***For the Ricoh Parties*** (via e-mail):
Michael Switzer
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Phone:  (312) 984-3666
Fax:  (312) 984-7700
mswitzer@mwe.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899
Phone:  (302) 984-6000
Fax:  (302) 658-1192
rhorwitz@potteranderson.com

***For Hewlett-Packard Company*** (via email):
Charlene M. Morrow
Heather N. Mewes
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Phone:  (415) 875-2300
Fax:  (415) 281-1350
cmorrow@fenwick.com
hmewes@fenwick.com

***For the Nikon Parties*** (via e-mail):
David L. Witcoff
Marc S. Blackman
Jones Day
77 West Wacker Drive
Chicago, IL 60601
Phone:  (312) 782-3939
Fax:  (312) 782-8585
dlwitcoff@jonesday.com
msblackman@jonesday.com

***For Kodak*** (via e-mail)
John A. Marlott, Esq.
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601
jamarlott@jonesday.com

***For the Canon Parties:*** (via email)
Scott Wesley Burt, Esq.
Jones Day
77 West Wacker Drive
Chicago, IL 60606
swburt@jonesday.com

***For the Sanyo Parties:*** (via e-mail)
Michael Adam Dorfman, Esq.
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60661
Michael.dorfman@kattenlaw.com

***For the Konica-Minolta Parties:*** (via e-mail))
Steven J. Routh, Esq.
Orrick, Herrington & Sutcliffe, LLP
Columbia Center
1152 15th St. N.W.
Washington, DC 20005
srouth@orrick.com


            /s/ John L. Ambrogi
          Attorney for Papst Licensing GmbH
                & Co. KG