

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK

August 11, 2008

District of Columbia District Court
1225 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001


RE: Papst Licensing GmbH & Co. KG v. Sanyo Electric Co., Ltd. et al
Case No: 08-cv-03608


Dear Clerk:

Pursuant to the order entered by the MDL Panel on ,August 7, 2008, the above record


■      was electronically  transmitted to  District of Columbia District Court


Please acknowledge receipt of any paper documents on the enclosed copy of this letter.


                              Sincerely yours,


                              Michael W. Dobbins, Clerk

                              By:     /s/ Kinielle Johnson
                                       Deputy Clerk



Enclosures




New Case No. _____        Date _____



cc:    Non-ECF Attorneys and Pro se Parties